**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------------

**SEAN PRITCHETT, ET AL.**

                                                   **Plaintiff,**

    **-v.-**

                                                  **Civil Action No.**
                                                  **9:03-cv-378 (GLS/DRH)**

**SUPERINTENDENT PORTOUNDO, ET AL.**

                                                 **Defendants.**
-----------------------------------------------------------------------------

**APPEARANCES:**

**SEAN PRITCHETT**
**Plaintiff Pro Se**
**97-A-4080**
**Attica Correctional Facility**
**P.O. Box 149**
**Attica, New York 14011**

**A. STOVER**
**Plaintiff Pro Se**
**93-A-3122**
**Wende Correctional Facility**
**P.O. Box 1187**
**Alden, NY 14004**

**PAUL BURGOS**
**Plaintiff Pro Se**
**98-A-5848**
**Sullivan Correctional Facility**
**P.O. Box 116**
**Fallsburg, NY 12733-0116**

**J. PATTERSON**
**Plaintiff Pro Se**
**77-A-4549**
**Orleans Correctional Facility**
**3531 Gaines Basin Road**
**Albion, NY 14411**

| | |
|---|---|
| **ELIOT SPITZER, ESQ.**<br>**NEW YORK STATE ATTORNEY GENERAL**<br>**The Capitol**<br>**Albany, New York 12224-0341** | **MICHAEL G. MCCARTIN, ESQ.**<br>**Assistant Attorney General** |

**GARY L. SHARPE,**
**U.S. DISTRICT JUDGE**

## ORDER

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge David R. Homer duly filed September 9, 2005. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge David R. Homer filed September 9, 2005 is ACCEPTED in its entirety for the reasons stated, and it is further

ORDERED, that defendants' motion for summary judgment (Docket No. 55) is GRANTED; and it is further

ORDERED, that the Clerk of the Court is to enter judgment in favor of Defendants and close this case.

2

**IT IS SO ORDERED**

**Dated:     September 30, 2005
            Albany, New York**

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge